THE PEOPLE OF THE STATE OF NEW YORK ex rel., WACLARK REALTY COMPANY, Appellant, *v.* FRANK A. O'DONNEL et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. Waclark Realty Co.* v. *O'Donnel,* 130 App. Div. 880, affirmed.
(Argued October 5, 1909; decided October 19, 1909.)

. APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 22, 1909, which affirmed an order of Special Term dismissing a writ of certiorari to review an assessment for taxation against certain real property of relator.

*Edward L. Blackman* for appellant.

*Francis K. Pendleton, Corporation Counsel* (*David Rumsey* and *William H. King* of counsel), for respondents.

Order affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

In the Matter of the Application of ANDREW DITTRICH, as Executor under the Will of MARY DITTRICH, Deceased, for the Removal of ELLEN C. DUFFY, as Executrix and Testamentary Trustee under Said Will.

ELLEN C. DUFFY, Appellant; ANDREW DITTRICH, as Executor, et al., Respondents.

*Matter of Dittrich* v. *Duffy,* 128 App. Div. 893, affirmed.
(Argued October 5, 1909; decided October 19, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 16, 1908, which affirmed a decree of the Kings

County Surrogate's Court surcharging the accounts of Ellen C. Duffy, as executrix of Mary Dittrich, deceased.

*Patrick Rooney* for appellant.

*Francis G. Caffey, Samuel H. Evins* and *John P. East* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH FERONE, Appellant.

*People* v. *Ferone*, 120 App. Div. 323, affirmed.
(Submitted June 14, 1909; decided October 19, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 28, 1907, which affirmed a judgment of the Court of General Sessions of the Peace in the city of New York rendered upon a verdict convicting defendant of the crime of murder in the second degree and an order denying a motion for a new trial.

*George M. Curtis* for appellant.

*Wm. Travers Jerome*, District Attorney (*Robert S. Johnstone* of counsel), for respondent.

*Per Curiam.* We have examined all of the exceptions taken on behalf of the defendant as to the charge, the requests to charge, the rulings on the admission and exclusion of evidence, and find no reversible error.

We are precluded from an examination of the facts by the unanimous affirmance of the judgment by the Appellate Division.

The judgment of conviction should be affirmed.

CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT and HISCOCK, JJ., concur; CHASE, J., absent.

Judgment of conviction affirmed.